UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 16-02028-5-DMW |
| SUNCOAST CONTRACTING, LLC., | ) | |
|     Debtor | ) | CHAPTER 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    PLEASE TAKE NOTICE that Cindy G. Oliver of Morris, Russell, Eagle & Worley, PLLC, files this notice of appearance as counsel for PARAGON COMMERCIAL BANK, a creditor in the above-captioned case, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all documents filed with the court in this case, all notices given or required to be given in this case and all papers served or required to be served in this case be sent to the following address:

        Cindy G. Oliver
        Morris, Russell, Eagle & Worley, PLLC
        2235 Gateway Access Point, Suite 201
        Raleigh, North Carolina 27607

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all papers, reports, orders, notices, petitions, pleadings, appendices, exhibits, complaints, copies of applications, motions, disclosure statements, plans of readjustment of debts or reorganization, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

    PLEASE TAKE FURTHER NOTICE that this Notice of Appearance does not give express or implied consent by the undersigned or Morris, Russell, Eagle & Worley, PLLC to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

    PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of PARAGON COMMERCIAL BANK'S (1) right to have final orders in noncore matters entered only after *de novo* review or trial by a United States District Court, (2) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (3) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or (4) any other rights,

remedies, claims, actions defenses, setoffs or recoupments to which PARAGON COMMERCIAL BANK is or may be entitled under agreements, in law, in equity, or otherwise, all of which are expressly reserved.  Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent or waiver of the right to challenge jurisdiction of any court, including, without limitation, the United States Bankruptcy Court for the Eastern District of North Carolina, all of which rights are reserved without prejudice.

  This the 27th day of April 2016.

              MORRIS, RUSSELL, EAGLE & WORLEY, PLLC

              s/ Cindy G. Oliver
              N.C. State Bar # 14258
              *Attorney for Paragon Commercial Bank*
              2235 Gateway Access Point, Suite 201
              Raleigh, North Carolina 27607
              (919) 645-4300
              coliver@morrisrussell.com

CERTIFICATE OF SERVICE

I, Cindy G. Oliver, of MORRIS, RUSSELL, EAGLE & WORLEY, PLLC, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on this date, I mailed a copy of the foregoing **Notice of Appearance and Request For Notices** by depositing copies thereof in the United States mail, postage prepaid, in an envelope addressed as shown below, or alternatively, service was made by electronic means through the court's CM/ECF service on:

    Richard D. Sparkman                        Via CM/ECF
    Chapter 7 Trustee

    Marjorie K. Lynch                          Via CM/ECF
    Bankruptcy Administrator

    James A. Beck                              Via CM/ECF
    VANN ATTORNEYS, PLLC
    *Attorney for Gregory Poole Equipment Co.*

    Kristopher B. Gardner                      Via CM/ECF
    THARRINGTON SMITH
    *Attorney for Kelly's NC Erosion Control, LLC*

    Jill C. Walters                                Via CM/ECF
    POYNER SPRUILL, LLP
    *Attorney for HD Supply Waterworks, LP*

    A. Lee Hogewood III                       Via CM/ECF
    Matthew T. Houston
    K&L GATES LLP
    *Attorneys for U.S. REIF 4700 Falls North Carolina, LLC*

    George F. Sanderson III                   Via CM/ECF
    Thomas H. Segars
    ELLIS & WINTERS, LLP
    *Attorneys for Toll Bros., Inc.*

    Suncoast Contracting, LLC
    Attn: Todd Hamilton/Registered Agent
    4441-106 Six Forks Road, #348
    Raleigh, NC 27612

This the 27th day of April 2016.

          MORRIS, RUSSELL, EAGLE & WORLEY, PLLC

          s/ Cindy G. Oliver
          N.C. State Bar # 14258
          *Attorney for Paragon Commercial Bank*
          2235 Gateway Access Point, Suite 201
          Raleigh, North Carolina 27607
          (919) 645-4300
          coliver@morrisrussell.com