FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 16-02028-5-DMW | Judge: David M. Warren | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|---|
| Case Name: | SUNCOAST CONTRACTING, LLC | | Date Filed (f) or Converted (c): | 04/15/16 (f) |
| | | | 341(a) Meeting Date: | 06/06/16 |
| For Period Ending: | 06/30/18 | | Claims Bar Date: | 08/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. American Express  Savings at work rebate | 0.00 | 137.33 | | 274.66 | 0.00 | 0.00 | 0.00 |
| 2. PNC Bank Acct #7566 | 4,838.25 | 4,838.25 | | 4,838.25 | FA | 0.00 | 0.00 |
| 3. Balance in Trust Account of Janvier Law Firm  Balance in Janvier Law FirmTrust account was remitted directly to J.M. Cook, esq. Trust account for retainer. | 407.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Landlord Deposit  Deposit retained by Landlord per Settlement Agreement entered 7/08/16 (DE 87). | 11,237.70 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Accounts Receivable | Unknown | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Office Furniture (u)  Co-owned w/ Cardinal Civil Contracting. | 0.00 | 1,500.00 | | 1,500.00 | 0.00 | 0.00 | 0.00 |
| 7. Machinery/Equipment | Unknown | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Internet Domain - Suncon.us | Unknown | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Intercompany Receivable from Suncoast Equipment  As of 12/31/15 $388,787.00  Uncollectible- Suncoast Equipment is presently in pending Chapter 7 | 338,787.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. John K. Gallo-potential cause of action  RE: company loans; use of corporate credit card for personal use; breach of fiduciary duty | Unknown | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. United States Treasury (u)  F-941 Refunds:  6/2015 $429.34  9/2015 $5,820.41  12/2015 $12,194.53 | 0.00 | 18,444.28 | | 18,444.28 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

LFORM1EX

Ver: 20.00j

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Case No: 16-02028-5-DMW    Judge: David M. Warren  
Case Name: SUNCOAST CONTRACTING, LLC

Trustee Name: Richard D. Sparkman  
Date Filed (f) or Converted (c): 04/15/16 (f)  
341(a) Meeting Date: 06/06/16  
Claims Bar Date: 08/19/16

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| TOTALS (Excluding Unknown Values) | $355,269.95 | $24,919.86 | | $25,057.19 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/30/18

1. Order authorizing compromise of Taylor Morrison and HD Supply litigation was entered 6/15/18 (DE 175). This resolves all remaining litigation in the case.

Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 10/30/18

/s/   Richard D. Sparkman  
_____   Date: 07/09/18  
        RICHARD D. SPARKMAN

LFORM1EX

Ver: 20.00j

Case 16-02028-5-DMW   Doc 181   Filed 07/09/18   Entered 07/09/18 15:00:29   Page 3 of 4

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-02028-5-DMW | | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|---|
| Case Name: | SUNCOAST CONTRACTING, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******0209 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3731 | | | |
| For Period Ending: | 06/30/18 | | Blanket Bond (per case limit): | $ 3,001,266.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/25/16 | 1 | American Express<br>Travel Related Services Co.<br>MC 24-001-17<br>2401 W. Behrend Dr., Ste 55<br>Phoenix, AZ 85027 | Savings at Work Rebate | 137.33 | | | | | 137.33 |
| 06/07/16 | 2 | PNC Bank, NA<br>4100 W. 150th Street<br>Cleveland, OH 44135 | Close out Acct#7566 | 4,838.25 | | | | | 4,975.58 |
| 06/07/16 | | Clerk U. S. Bankruptcy Court<br>P. O. Box 1441<br>Raleigh, NC   27602-1441 | Court Costs<br>Court costs-addition of creditors | | | 30.00 | | | 4,945.58 |
| 06/29/16 | 001001 | Wake County Clerk of Superior Court | Suncoast Contracting, LLC<br>Taylor Morrison Claim of Lien | | | 6.25 | | | 4,939.33 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | | | | -15.00 | | 4,924.33 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | | | | -15.00 | | 4,909.33 |
| 08/29/16 | 11 | United States Treasury | 6/2015 F-941 Refund | 429.34 | | | | | 5,338.67 |
| 08/29/16 | 11 | United States Treasury | 9/2015 F-941 Refund | 5,820.41 | | | | | 11,159.08 |
| 08/29/16 | 11 | United States Treasury | 12/2015 F-941 Refund | 12,194.53 | | | | | 23,353.61 |
| 09/19/16 | 6 | Anderson Jones, PLLC<br>1305 Navaho Drive, Suite 303<br>Raleigh, NC 27609 | Sales proceeds per 9/03/16 Order | 1,500.00 | | | | | 24,853.61 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | | | | -15.00 | | 24,838.61 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | | | | -36.92 | | 24,801.69 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | | | | -35.72 | | 24,765.97 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | | | | -36.85 | | 24,729.12 |

LFORM2XT

Ver: 20.00j

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-02028-5-DMW | Trustee Name: | Richard D. Sparkman |
|---|---|---|---|
| Case Name: | SUNCOAST CONTRACTING, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0209 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3731 | | |
| For Period Ending: | 06/30/18 | Blanket Bond (per case limit): | $ 3,001,266.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account *******0209 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 6 | Deposits | 24,919.86 | 2 | Checks | 36.25 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 154.49 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 24,919.86 | | | |
| | | | | Total | $ 190.74 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 24,919.86 | | | |

 

/s/   Richard D. Sparkman

Trustee's Signature: _____ Date: 07/09/18
                          RICHARD D. SPARKMAN

LFORM2XT

Ver: 20.00j